UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFSHIN GALESTAN, Individually and on
Behalf of All Others Similarly Situated,

                                Plaintiff,

            vs.

ONEMAIN HOLDINGS, INC., JAY N.
LEVINE and SCOTT T. PARKER,

                                Defendants.

---

: Civil Action No. 1:17-cv-01016-VM
:
: CLASS ACTION
:
: PLAINTIFF'S NOTICE OF MOTION AND
: UNOPPOSED MOTION FOR
: PRELIMINARY APPROVAL OF
: SETTLEMENT

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

        PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation

and Agreement of Settlement with exhibits, and all prior pleadings and proceedings had herein,

Plaintiff Afshin Galestan, by and through his attorneys, will move this Court, before the Honorable

Victor Marrero, United States District Judge for the Southern District of New York, in Courtroom

11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007, on a date and time designated by this Court, for entry of the [Proposed] Order Preliminarily

Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary

approval of the proposed settlement; (2) certifying the Class for settlement purposes; (3) approving

the form and manner of notice of the proposed settlement to the Class; and (4) setting a hearing date

1556519_1

for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not

oppose the motion.

DATED:  April 23, 2019                    Respectfully submitted,

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          SAMUEL H. RUDMAN
                                          ROBERT M. ROTHMAN


                                                  s/Robert M. Rothman
                                          ROBERT M. ROTHMAN

                                          58 South Service Road, Suite 200
                                          Melville, NY  11747
                                          Telephone:  631/367-7100
                                          631/367-1173 (fax)
                                          srudman@rgrdlaw.com
                                          rrothman@rgrdlaw.com

                                          HOLZER & HOLZER, LLC
                                          COREY D. HOLZER
                                          MARSHALL P. DEES
                                          1200 Ashwood Parkway, Suite 410
                                          Atlanta, GA  30338
                                          Telephone:  770/392-0090
                                          770/392-0029 (fax)
                                          cholzer@holzerlaw.com
                                          mdees@holzerlaw.com

                                          Lead Counsel for Plaintiff

1556519_1

## CERTIFICATE OF SERVICE

I, Robert M. Rothman, hereby certify that on April 23, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

s/Robert M. Rothman
ROBERT M. ROTHMAN
