UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFSHIN GALESTAN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>ONEMAIN HOLDINGS, INC., JAY N. LEVINE and SCOTT T. PARKER,<br><br>      Defendants. | Civil Action No. 1:17-cv-01016-VM<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF THE PLAN OF ALLOCATION |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Afshin Galestan, on behalf of the Class, through counsel, will move this Court on August 9, 2019, at 10:00 a.m., before the Honorable Victor Marrero, for entry of orders and judgments, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the settlement; and (2) approving the proposed Plan of Allocation.  This motion is based on: (i) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Approval of the Plan of Allocation; (ii) the Declaration of Robert M. Rothman in Support of: (1) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of the Plan of Allocation, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Matthew Mulvihill; (iv) the Declaration of Lead Plaintiff; (v) the Stipulation and Agreement of Settlement; and (vi) all other proceedings herein.

4819-5151-8107.v1

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before August 2, 2019.

DATED: July 3, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
MICHAEL G. CAPECI

s/Robert M. Rothman
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
mcapeci@rgrdlaw.com

HOLZER & HOLZER, LLC
COREY D. HOLZER (*pro hac vice*)
MARSHALL P. DEES (*pro hac vice*)
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mdees@holzerlaw.com

Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Robert M. Rothman, hereby certify that on July 3, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Robert M. Rothman
ROBERT M. ROTHMAN