UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AFSHIN GALESTAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ONEMAIN HOLDINGS, INC., JAY N. LEVINE and SCOTT T. PARKER,<br><br>　　　　　　　　　　　Defendants. | : : : : : : : : : : : : : : | Civil Action No. 1:17-cv-01016-VM<br><br><u>CLASS ACTION</u><br><br>LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

TO:　　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　　PLEASE TAKE NOTICE that Lead Counsel will move this Court on August 9, 2019, at 10:00 a.m., before the Honorable Victor Marrero, for entry of an order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; (2) paying litigation expenses incurred in prosecuting the Litigation; and (3) awarding Lead Plaintiff compensation for his time and service representing the Class in this action.  This motion is based on: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (ii) the Declaration of Robert M. Rothman in Support of: (1) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of the Plan of Allocation, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Matthew Mulvihill; (iv) the Declaration of Lead Plaintiff; (v) the Declaration of Robert M. Rothman Filed on

Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses; (vi) the Declaration of Corey D. Holzer Filed on Behalf of Holzer & Holzer, LLC in Support of Application for Award of Attorneys' Fees and Expenses; (vii) the Stipulation and Agreement of Settlement; and (viii) all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before August 2, 2019.

DATED: July 3, 2019   Respectfully submitted,

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
MICHAEL G. CAPECI

s/Robert M. Rothman
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
mcapeci@rgrdlaw.com

HOLZER & HOLZER, LLC
COREY D. HOLZER (*pro hac vice*)
MARSHALL P. DEES (*pro hac vice*)
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mdees@holzerlaw.com

Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

I, Robert M. Rothman, hereby certify that on July 3, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Robert M. Rothman
ROBERT M. ROTHMAN